IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| Diahann Stevens | : |
| | : |
| Plaintiff | : |
| | : |
| vs. | : Civil Action No. 5:04-CV-201-3 (WDO) |
| | : |
| Howard Richard Sills | : |
| Badge No. 117 | : |
| Defendant | : |

1. The action arises under 5th Amendment to the Constitution of the United States and U.S.C., Title 42, § 1983

2. On September 25, 1998 A.D., DFACS informed the defendant of alleged molestation occurring on 404 Shady Dale Road; and defendant negligently failed to take immediate and effective action.

3. As a result plaintiff's children welfare and the immunities secured by the constitution and laws was adversely affected and the plaintiff's children suffered great pain of mind and body and are asking for punitive damages.

Wherefore plaintiff demands judgment against defendant in the sum of 100,000 United States Dollars and costs.

Signed: *Diahann Stevens*

Diahann Stevens
227 Rocksprings Homes
Athens, Ga. 30606

1

## VERIFICATION

I Diahann Stevens affirm that the statements in this civil complaint regarding Howard Richard Sills are accurate and true.

*Diahann Stevens*
Diahann Stevens, AFFIANT

6/28/04
Date

Sworn to and subscribed before me, this day of (Month) JUNE (Day) 28 2004

_____
Notary Public
Notary Public, Athens-Clarke County, Georgia
My Commission Expires Feb. 23, 2007.
Commission

SEAL